IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| ROSETTA GRATE, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. | CIV-16-412-HE |
| | ) | | |
| THE CITY OF OKLAHOMA CITY, a municipal corporation, DANIEL HOLTZCLAW, BILL CITTY, BRIAN BENNETT, ROCKY GREGORY, JOHN AND JANE DOES, all in their individual capacity, | ) ) ) ) ) ) | | |
| | ) | | |
| Defendants. | ) | | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendants The City of Oklahoma City, Bill Citty, and Rocky Gregory.  I certify that I am admitted to practice in this Court and registered in this Court's Electronic Case Filing System.

Date:  November 16, 2018

By: /s/ Thomas Lee Tucker
Thomas Lee Tucker, OBA #20874
Assistant Municipal Counselor
200 North Walker, Suite 400
Oklahoma City, Oklahoma 73102
(405) 297-2451 Fax (405) 316-2619
thomasltucker@okc.gov
Attorney for Defendants City of
Oklahoma City, Citty, and Gregory

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of November, 2018, I electronically transmitted the above Entry of Appearance to the Clerk of the Court using the ECF filing system. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic filing to those registered participants of the Electronic Case Filing System.

      /s/   Thomas Lee Tucker
      Assistant Municipal Counselor