**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROSETTA GRATE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-16-0412-HE |
| | ) | |
| DANIEL HOLTZCLAW, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The motion to withdraw of Nick Oberheiden, Esq., and Elizabeth K. Stepp, Esq., as counsel for defendant Daniel Holtzclaw [Doc. #64] is **GRANTED**. The clerk of court is directed to strike Mr. Oberheiden and Ms. Stepp's names as counsel of record for defendant Holtzclaw.

**IT IS SO ORDERED**.

Dated this 29th day of April, 2019.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE