## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROSETTA GRATE, ET AL., | ) |
| Plaintiffs, | ) |
| vs. | ) NO. CIV-16-0412-HE |
| THE CITY OF OKLAHOMA CITY, ET AL., | ) |
| Defendants. | ) |

## ORDER

Defendant Holtzclaw, through new counsel James L. Hankins, Esq., has moved for substitution of Mr. Hankins as his counsel of record and for the withdrawal of current counsel, Kathleen T. Zellner, Esq., Douglas H. Johnson, Esq., and Nicholas M. Curran. Ms. Zellner, Mr. Johnson, and Mr. Curran do not object and have joined in the motion. The motion [Doc. #84] is **GRANTED**.  The clerk of court is directed to strike the names of Ms. Zellner, Mr. Johnson, and Mr. Curran as counsel of record for defendant Holtzclaw.

**IT IS SO ORDERED**.

Dated this 18th day of December, 2019.

JOE HEATON
UNITED STATES DISTRICT JUDGE