# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROSETTA GRATE,       )<br>                              Plaintiff,  )<br>vs.                                    )<br>                                          )<br>(1) THE CITY OF OKLAHOMA )<br>CITY, *et al.*                     )<br>                                          )<br>                              Defendants. ) | Case No. CIV-16-0412-HE |

## NOTICE TO TAKE VIDEO DEPOSITION
## OF PLAINTIFF, ROSETTA GRATE

To:   Rosetta Grate
      c/o Nkem A. House, Esq.
      TIMMONS, RHONE & HOUSE, A P.A.
      527 N.W. 23rd Street, Suite 200
      Oklahoma City, OK 73103
      houselawfirm@gmail.com

Please take notice that pursuant to Federal Rule of Civil Procedure 30 and LCvR 30.1, the Defendant, Daniel Holtzclaw, will take the stenographic and video deposition of Plaintiff, Rosetta Grate, on **Friday, the 25th day of September, 2020, beginning at 1:00 p.m**. by videoconference through the offices of D&R Reporting and Video, 400 N. Walker, Suite #160, Oklahoma City, OK 73102, before an officer authorized to administer oaths by the laws of that state.

                              Respectfully submitted,

                               *s/James L. Hankins*
                              JAMES L. HANKINS        OBA #15506
                              TIMBERBROOKE BUSINESS CENTER
                              929 N.W. 164th Street
                              Edmond, OK 73013
                              (405) 753-4150 (Telephone)
                              (405) 445-4956 (Facsimile)
                              jameshankins@ocdw.com
                              *Attorney for Defendant, Daniel Holtzclaw*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of Septembery, 2020, I filed the above document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                *s/James L. Hankins*