## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| 1. | SHERRY ELLIS, et al., | ) | |
| 2. | TABITHA BARNES, et al., | ) | |
| 3. | ADAIRA GARDNER, | ) | |
| 4. | ROSETTA GRATE, | ) | |
| | | ) | |
| | Plaintiffs, | ) | |
| vs. | | ) | Case Nos.:   CIV-16-0019-HE |
| | | ) | CIV-16-184-HE |
| | | ) | CIV-16-349-HE |
| | | ) | CIV-16-412-HE |
| | | ) | |
| 1. | DANIEL HOLTZCLAW, | ) | |
| | Individually, and | ) | |
| 2. | THE CITY OF OKLAHOMA CITY, | ) | |
| | a Municipal Corporation, | ) | |
| | | ) | |
| | Defendants. | ) | |

### NOTICE TO TAKE VIDEO DEPOSITION
### OF SYRITA BOWEN

To:   Syrita L. Bowen
       Oklahoma City, OK

Please take notice that pursuant to Federal Rule of Civil Procedure 30 and LCvR 30.1, the Defendant, Daniel Holtzclaw, will take the stenographic and video deposition of Syrita L. Bowen on **Wednesday, the 24th day of March, 2021, beginning at 1:00 p.m**. by videoconference through the offices of D&R Reporting and Video, 400 N. Walker, Suite #160, Oklahoma City, OK 73102, before an officer authorized to administer oaths by the laws of that state.

Respectfully submitted,

*s/James L. Hankins*
JAMES L. HANKINS         OBA #15506
MON ABRI BUSINESS CENTER
2524 n. Broadway
Edmond, OK 73034
(405) 753-4150 (Telephone)
(405) 445-4956 (Facsimile)
jameshankins@ocdw.com
*Attorney for Defendant, Daniel Holtzclaw*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2021, I filed the above document with the Clerk of Court.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

*s/James L. Hankins*