IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROSETTA GRATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  CIV-16-412-HE |
| | ) |
| (1) THE CITY OF OKLAHOMA CITY, a municipal corporation, et al., | ) JURY TRIAL DEMANDED |
| | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Rosetta Grate, acting through counsel, and Daniel Holtzclaw, individually, The City of Oklahoma City, Oklahoma, a municipal corporation through their attorneys of record, stipulate to the dismissal without prejudice to refiling against all Defendants all claims, brought in this case by Plaintiff pursuant to FRCvP 41(a)(ii).  The parties stipulate that they shall each bear their own attorney fees and costs.

Respectfully Submitted,

s/ Nkem A. House
NKEM A. HOUSE, OBA #21219
Attorney for Plaintiff
THE HOUSE LAW GROUP
425 W. Wilshire, Blvd., Suite E
Oklahoma City, OK  73116
Telephone:  405.633.1709
Email: houselawfirm@gmail.com
**ATTORNEY FOR PLAINTIFF**

s/ Sherri Katz
SHERRI KATZ
Municipal Counselor's Office-OKC
200 N. Walker Ave., Suite 400
Oklahoma City, Oklahoma 73102
Telephone:  (405) 297-2451
Email: sherri.katz@okc.gov
**ATTORNEY FOR DEFENDANT
CITY OF OKLAHOMA CITY**

s/James L. Hankins
(signed by filing attorney with permission)
JAMES L HANKINS
2425 N. Broadway
Edmond, Oklahoma  73034
Telephone: (405) 753-4150
Email:  jameshankins@ocdw.com
**ATTORNEY FOR DEFENDANT HOLTZCLAW**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing and transmittal of Notice and Electronic Filing to all counsel of record.

2