UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 07, 2022

Mr. Nkem Amadi House Sr.
Rhone & House, P.A.
527 N.W. 23rd St., Ste.200
Oklahoma City, OK 73103-0000

**RE:** 22-6156, Grate v. City of Oklahoma City, et al
Dist/Ag docket: 5:16-CV-00413-HE

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

    Sincerely,

    Christopher M. Wolpert
    Clerk of Court

cc:    Mary Kathleen Goff
       James Lee Hankins
       Sherri Renea Katz
       Richard Mann
       Thomas Lee Tucker

CMW/klp