### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROSETTA GRATE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF OKLAHOMA CITY, a municipal )<br>Corporation, )<br>)<br>Defendant. ) | Case No. CIV-16-0412-HE |

### **JUDGMENT**

On January 31, 2023, the City Council of The City of Oklahoma City authorized the Municipal Counselor to enter into a settlement and confess judgment without admitting liability in the above-captioned case herein in the amount of Eighteen Thousand Five Hundred and no/100 Dollars ($18,500.00), as evidenced by certified copy of the Resolution attached as Exhibit A, which sum includes Plaintiff Rosetta Grate's claims for prejudgment interest, costs, and attorneys' fees. The Court finds that judgment should be entered in accordance with the agreement of the parties and the Resolution.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that pursuant to a compromise settlement of a disputed claim, and without any admission of liability, Plaintiff Rosetta Grate is granted judgment against Defendant City of Oklahoma City, in the sum of Eighteen Thousand Five Hundred and no/100 Dollars ($18,500.00). From the date of filing of this Judgment, interest on this sum will accrue as prescribed by 28 USC § 1961 and 12 OS

§ 727.1. Sum to be paid pursuant to 62 OS § 365.5, § 365.6, and 51 OS § 158, § 159.

**IT IS SO ORDERED**.

Dated this 7th day of February, 2023.

```
_____
JOE HEATON
UNITED STATES DISTRICT JUDGE
```